# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:22-CR- 15 |
| v. | : | (Judge Wilson) |
| **TERRY CLARK,**  Defendant. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute a Controlled Substance)

On or about May 4, 2021, in York County, within the Middle District of Pennsylvania, the defendant,

**TERRY CLARK,**

did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

On or about June 9, 2021, in York County, within the Middle District of Pennsylvania, the defendant,

### TERRY CLARK,

did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute a Controlled Substance)

On or about June 22, 2021, in York County, within the Middle District of Pennsylvania, the defendant,

### TERRY CLARK,

did knowingly and intentionally possess with intent to distribute approximately 28 grams and more of a mixture and substance

containing a detectable amount of cocaine base, a Schedule II controlled substance.

Before the defendant, TERRY CLARK, committed the offense charged in this count, the defendant, TERRY CLARK, was convicted in the York County Court of Common Pleas of Possession with Intent to Distribute a Controlled Substance, a serious drug felony, and sentenced to a term of imprisonment of 5 years to 15 years for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii)

JOHN C. GURGANUS
United States Attorney

*signature*

JOHNNY BAER
Assistant United States Attorney

TRUE BILL

███████████
FOREPERSON

1/12/22
Date